# UNITED STATES DISTRICT COURT
## District of Minnesota

Meng Yang,

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, and David Easterwood,

Respondent(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01876-LMP-DTS

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Meng Y.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to release Meng Y. from custody by no later than 5:00 p.m. CST on Wednesday, March 25, 2026, subject to and in accordance with the conditions in his preexisting Order of Supervision; and
3. No later than March 26, 2026, the Government is ORDERED to provide a status update affirming that Meng Y. was released from custody in accordance with this Order.

Date: 3/25/2026

KATE M. FOGARTY, CLERK